IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00029-02/06-CR-W-HFS |
| CARLOS R. BRANDON, | ) | |
| | ) | |
| DAYRON T. JOHNSON, | ) | |
| | ) | |
| PHILLIP ELLIS, and | ) | |
| | ) | |
| DARNEICE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF PROCEEDINGS**

On April 18, 2005, I held a scheduling conference in this case. The government was represented by Assistant United States Attorneys P.J. O'Connor and Gregg Coonrod. Defendant Carlos Brandon was present with appointed counsel Bruce Houdek. Defendant Dayron Johnson was present with appointed counsel Ronald Hall. Defendant Phillip Ellis was present with Assistant Federal Public Defender Anita Burns. Defendant Darneice Johnson was represented by retained counsel Daniel Ross.

The parties acknowledged that this case is currently set for trial on the June 27, 2005.

Counsel for the government indicated that this has been an open-file case and that the government's discovery file has been made available to all defense counsel. No discovery motions are anticipated.

Defense counsel indicated that any pretrial motions could be filed by Friday, May 13, 2005.

1

The government requested 10 days to respond. Any government response to pretrial motions shall therefore be filed by Friday, May 27, 2005. Any evidentiary hearings on pretrial motions will be set for Wednesday, June 1, 2005.

Counsel were informed that proposed voir dire, witness lists, and exhibit lists shall be filed by June 13, 2005. The pretrial conference in this case will be set in a separate order.

/s/Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
April 18, 2005